# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**RICHLOOM FABRICS GROUP**                                                **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO.: 1:09CV90-SA-JAD**

**HUNTINGTON FABRICS, INC.**                                        **DEFENDANT**

## AGREED ORDER
## GRANTING PERMANENT INJUNCTION

THIS DAY this cause came on to be heard on application of Plaintiff Richloom Fabrics Group for preliminary injunction and the parties having announced to the Court that they have agreed to the issuance by the Court of a permanent injunction.

IT IS THEREFORE ORDERED that:

1. Effective immediately, Defendant is hereby permanently enjoined and ordered not to create, market, and/or sell copies or "knock-offs" of Plaintiff Richloom's copyrighted fabric designs Implosion and Focal BK. This injunction prohibits, but is not limited to, any direct sale or marketing of such alleged infringing fabrics, as well as any indirect involvement in the creation, marketing, and/or sale of such fabrics by other parties.

2. Defendant's agreement to this Injunction does not constitute an admission that Defendant has ever engaged in any such actions prohibited by this Injunction, nor does it constitute an admission of liability or waiver of any defenses to the Complaint herein.

3. Plaintiff's agreement to this Injunction does not constitute a waiver of damages alleged in the Complaint herein.

4. All other issues are hereby reserved by the Court to be determined at a later date.

SO ORDERED, this the 24th day of April, 2009.

                                                    **/s/ Sharion Aycock**
                                                    **UNITED STATES DISTRICT JUDGE**

*/s/ Rachel M. Pierce*
Rachel M. Pierce, MSB # 100420
William M. Beasley, MSB # 2285
Attorneys for Plaintiff

*/s/ J. Max Edwards*
J. Max Edwards, MSB # 5485
Attorney for Defendant